LYNCH v. INTERURBAN ST. RY. CO.

(Supreme Court, Appellate Term. June 23, 1904.)

1. CARRIERS OF PASSENGERS—PERSONAL INJURIES—STREET RAILWAYS.

Where, in an action for personal injuries received while alighting from defendant's street car, the weight of the testimony is to the effect that the injuries were received by stepping off the car before it stopped, a judgment for plaintiff should not be permitted to stand.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Lizzie Lynch against the Interurban Street Railway Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and SCOTT, JJ.

Henry W. Goddard and William E. Weaver, for appellant.
H. A. & C. E. Heydt, for respondent.

PER CURIAM. The weight of the testimony is to the effect that plaintiff received her injuries by stepping off the car before it stopped. Justice would, we think, be best served if the cause should be retried.

Judgment reversed and a new trial granted, with costs to appellant to abide the event.